

**FILED**

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

_____

IN THE MATTER OF:

SADIE RANDALL STACY,            O R D E R

      Petitioner.

_____

Sadie Randall Stacy has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Stacy passed the MPRE in 2018 prior to seeking her license and being admitted to practice law in Texas in 2018. The petition states that Stacy has remained a member in good standing of the State Bar of Texas since 2018, and has practiced law "without any ethical or disciplinary issues in any jurisdiction." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Sadie Randall Stacy to waive the three-year test requirement for the MPRE for purposes of Stacy's current application for admission by motion to the State Bar of Montana is GRANTED.

Copies of this order shall be provided to the petitioner and to the State Bar of Montana.

DATED this 18 day of February, 2025.

                              _____
                                       Chief Justice

                              _____

**FILED**

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices